...

**SEALED**

## MAGISTRATE JUDGE CLERK NOTES

| | |
|---|---|
| Magistrate Judge: Alexander | Date: 12/22/04   Time In Court: 1 hr. |
| Courtroom Clerk: Rex Brown | Tape Number: Digital Recording |
| Case: USA v. Leon Romprey (1); Richard Adams (2); Sandra Saunders (3) | Case Number: MJ04-M-284 JLA |
| AUSA: Nancy Rue | Defense Counsel: Catherine Byrne; Stephen Weymouth; Melvin Norris |
| PTSO/PO: September Lee Brown | Interpreter: N/A   Language: ___ |

### TYPE OF HEARING

**Initial Appearance**
- [ ] Arrested: Date: ___
  - Charging District: ___
- [ ] on warrant   [ ] on probable cause
- [ ] Defendant Sworn
- [ ] Advised of Charges
- [ ] Advised of Rights
- [ ] Requests Appointment of Counsel
- [ ] Will Retain Counsel
- [ ] Court Orders Counsel be Appointed
- [ ] Government Requests Detention & Continuance

**Arraignment**
- [ ] Defendant Waived Reading of Indictment
- [ ] Defendant Pleads Not Guilty to Counts ___

**Removal Hearing/Rule 40**
- [ ] Defendant Waives Identity Hearing
- [ ] Defendant Ordered Removed to Charging District. Order to Issue.
- [ ] Defendant Released, Conditions Remain/ Modified/Set
- [ ] Identity Established

**[x] Preliminary Examination (Rule 5 or Rule 32.1)**
- [ ] Probable Cause Found
- [ ] Identity Established
- [ ] Defendant Waives Identity Hearing
- [ ] Defendant Waives Preliminary Examination

**[x] Detention Hearing**
- [ ] Defendant Requests a Continuance
- [ ] Defendant Consents to Voluntary Detention
- [ ] Defendant Detained, Order to Issue
- [ ] Defendant Released on ___ with conditions
- [ ] Detention Taken Under Advisement

**Preliminary Probation Revocation Hearing**
- [ ] Defendant Ordered Detained
- [ ] Defendant Released

**Bail Revocation Hearing**
- [ ] Bail Revoked, Defendant Ordered Detained
- [ ] Defendant Released, Conditions Remain/Modified
- [ ] Defendant Released on ___ with Conditions

**Miscellaneous Hearings**
- [ ] Attorney Appointment Hearing
- [ ] Change of Plea (Rule 11) Hearing
- [ ] Material Witness Hearing
- [ ] Motion Hearing
- [ ] Initial Status Conference
- [ ] Interim Status Conference
- [ ] Final Status Conference
- [x] Other: Foster Hearing

### CONTINUED PROCEEDINGS

① Preliminary Examination
② Detention Hearing
③ Foster Hearing

(Hearing) Conference set for 12/28/04 at 3:30 PM

### REMARKS

Upon request of the government and defense, the Court continues the matters of detention and probable cause. If necessary, a Rule 44 Foster hearing will be held for defendants Romprey and Saunders who are married co-defendants.

(C:\CmEcf\ImplementationTeams\MJSTARTeam\CrCtNoteMJforpdf.wpd 5/19/03)



DOCKETED 5