AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

United States v. Leon Rompley, et als.

DISTRICT OF Massachusetts

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: MJ04-m-284JLA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Alexander | Bull | Krasson; Norris; Heymouth |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/28/04 | Digital Recording | Brown |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ |  | 12/28/04 | direct |  | Christine Rosenleck |
| 1 |  | 12/28/04 | × | × | Complaint and affidavit of Rosenleck |
| ✓ |  | 12/28/04 | cross |  | Christine Rosenleck |
| ✓ |  | 12/28/04 | re-open | direct | Christine Rosenleck |
| ✓ |  | 12/28/04 | cross |  | Christine Rosenleck |
|  | ✓ | 12/28/04 | direct |  | Rita Corvino Magnone |
|  | ✓ | 12/28/04 | cross |  | Rita Corvino Magnone |

* include a notation as to the location of any exhibit not held with the case file or not available because of size.