

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*   *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts  02210*

January 25, 2005

Rex Brown, Courtroom Clerk
Hon. Joyce London Alexander
J. Jos. Moakley U.S. Courthouse
Boston, MA 02210

    Re: US v. Saunders, MJ-04-284-JLA

Dear Mr. Brown:

    On behalf of the government, we request that you order the transcript of the testimony of Rita Coveno in the detention and probable cause hearing and argument on December 28, 2004 in the above-captioned matter.

    Thank you.

                                   Very truly yours,

                                   MICHAEL J. SULLIVAN
                                   United States Attorney

                    By:     /s/
                          Nancy Rue
                          Assistant U.S. Attorney