AO 442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT

**DISTRICT**

OF _____

## MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                **WARRANT FOR ARREST**
                                                 Case Number: _MJ04-m-284 JLA_

### SANDRA SAUNDERS

To:     The United States Marshal
        and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **Sandra Saunders** _____
                                                 Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT  ☐ INFORMATION  ☒ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITON

CHARGING HIM OR HER WITH  (brief description of offense)

**Knowingly and intentionally conspired to distribute and to possess with intent to distribute marijuana, a Schedule I Controlled Substance**

in violation of Title _____ **21** _____ United States Code, Section(s) _____ **846 & 841(a)(1)** _____ .

**Joyce London Alexander** _____     **United States Magistrate Judge** _____
Name of Issuing Officer                                  Title of Issuing Officer

_[signature]_                                            **Boston, MA;  December 16, 2004** _____
Signature of Issuing Officer                             Date and Location

Bail fixed at $ _____     BY _____

| RETURN | | |
|---|---|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

WARRANT EXECUTED BY 10/30/04
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON ____ _He_

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ Sandra Saunders _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____ 432 Grandview Ave, Woonsocket, RI ___

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____ 03/11/45 _____

SOCIAL SECURITY NUMBER: _____ 1791 _____

HEIGHT: _____        WEIGHT: _____

SEX: _____        RACE: _____

HAIR: _____        EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____