UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

SANDRA SAUNDERS                                  CR# 04-MJ -284

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel as of December 22, 2004 in this case for Sandra Saunders.

|  |  |
|---|---|
|  | Respectfully Submitted, <br> By her attorney, |
| Dated: January 28, 2005 | /s/ MELVIN NORRIS |
|  | Melvin Norris <br> MA BBO# 393600 <br> 260 Boston Post Road <br> Wayland, MA 01778 <br> 508-358-3305 |